**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:21-cv-61427-RKA**

JOHN LUCA,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC,

    Defendant.
_____/

**JOINT NOTICE OF MEDIATION**

Plaintiff John Luca and Defendant United Collection Bureau, Inc. (collectively, the "Parties") advise this Court that the Parties have agreed upon the selection of **Barbara Locke** of **Ehrich Locke Mediation**, to mediate this matter. Mediation has been scheduled for **1:00 PM** on **January 13, 2022**, at the Law Offices of Jibrael S. Hindi, **110 S.E. 6TH STREET, SUITE 1700, FORT LAUDERDALE, FLORIDA 33301**, and/or *via* remote means, *e.g.*, Zoom, with this Court's permission.[1]

DATED: September 1, 2021

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Joseph Merical |
| **THOMAS J. PATTI, ESQ.** | **JOSEPH MERICAL** |
| Florida Bar No.: 118377 | E-Mail: jmerical@grsm.com |
| E-mail:tom@jibraellaw.com | Florida Bar No. 0095663 |
| **The Law Offices of Jibrael S. Hindi** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 110 SE 6th Street, Suite 1744 | 41 S. High Street, Suite 2495 |
| Fort Lauderdale, Florida 33301 | Columbus, Ohio 43215 |
| Phone: 954-907-1136 | Phone: 614-340-5558 |
| | |
| *COUNSEL FOR PLAINTIFF* | COUNSEL FOR DEFENDANT |

---

[1] To the extent the meditation will be conducted *via* remote means, the Parties shall jointly seek this Court's permission *via* a separate filing.