UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61427-ALTMAN

JOHN LUCA,

    *Plaintiff*,

v.

UNITED COLLECTION
BUREAU, INC.,

    *Defendant*.

_____/

## ORDER STAYING CASE

The Defendant filed a Motion to Stay [ECF No. 12] on August 25, 2021. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). The Plaintiff has failed to respond to the Motion to Stay, *see generally* Docket, and the time to do so has passed.

Being fully advised, this Court hereby **ORDERS AND ADJUDGES** as follows:

1. This case is hereby **STAYED** until final resolution of *Hunstein v. Preferred Collection & Management Services, Inc.*, 994 F.3d 1341 (11th Cir. 2021). When that case reaches a final resolution—either by issuance of the mandate or a decision *en banc*—the parties shall file a joint notice with the Court and move to lift the stay.

2. The Clerk of Court is directed to **CLOSE** this case for administrative purposes only.

3. All pending deadlines and hearings are **TERMINATED**, and all pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of September 2021.

                                                  **ROY K. ALTMAN**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record